No. 654. IRVING TRUST Co., RECEIVER, *v.* COMPANIA MEXICANA DE PETROLEO " LA LIBERTAD," S.A., ET AL. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. M. Richardson Lyeth* for petitioner. *Mr. William M. Chadbourne* for respondents.

No. 542. MCCLEARY *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Warren E. Miller* and *John W. Mahan* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Will G. Beardslee* and *W. Clifton Stone* for the United States.

No. 550. ALVORD *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for the United States.

No. 710. PETERSON *v.* ALABAMA. January 22, 1934. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles H. Houston* for petitioner. No appearance for respondent.

No. 652. ST. LOUIS-SAN FRANCISCO RY. Co. *v.* McCOMMON. January 22, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Harry*